UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:16-cr-00011-RLY-MPB |
| THAI DUONG, | ) -01 | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On November 14, 2017, the Court held an Initial Appearance on a Petition and Warrant for a Supervised Release Violation. Defendant Duong appeared in person with his CJA appointed Counsel Conor O'Daniel. The government appeared by Kyle Sawa, Assistant United States Attorney. The Office of U.S. Probation and Parole appeared by Officer Bryan Bowers. The defendant submitted a financial affidavit, which is approved; counsel is appointed, respectively.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant Duong of his rights and provided him with a copy of the petition. Defendant Duong waived his right to a preliminary hearing and the Court reads the Violations. Defendant acknowledged that he understood the violations.

    2.    Defendant Duong admitted violations #1 and #3 ([Docket No. 5](Docket No. 5)).

    3.    The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall notify the probation officer at least ten days prior to any change in residence or employment."<br><br>On February 27, 2017, the probation officer learned the offender relocated to 37 Cedarcrest Court, Apt. 4, in Jasper, Indiana. His relocation was not reported to the probation officer. A review of utility information and an interview with his former roommate revealed the offender moved to the new address in September 2016. |
| 3 | "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."<br><br>On March 2, 2017, the probation officer spoke with the offender by phone and instructed him to report to meet at his Jasper apartment at 11:00 AM. He acknowledged the instructions and advised he would arrive by 11:30 AM. The probation officer awaited his arrival for three hours; however, the offender did not report or call. Attempts to reach the offender by text message, phone calls, and voicemail messages were unsuccessful. The offender's whereabouts are currently unknown. |

4. The parties stipulate and the Court finds that:

    (a) The highest grade of violation is a Grade C violation.

    (b) Defendant's criminal history category is I.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 3-9 months' imprisonment.

5. The government requested a sentence of 9 months imprisonment, with no further supervision to follow. The defendant having admitted to violations #1 and #3 requested a sentence of 3 months imprisonment, and a recommendation for placement at a facility close to his family in either Jasper, Indiana or Louisville, Kentucky.

6. The Government will not go forward as to violations #2 and #4.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 6 months with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The Court would further make a recommendation of placement at a facility close to the defendant's family in either Jasper, Indiana or Louisville, Kentucky.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: November 15, 2017

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal